# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01252-RBJ

WELLONS, INC. an Oregon corporation,

    Plaintiff,

v.

EAGLE VALLEY CLEAN ENERGY, LLC, a Utah limited liability company,
EVERGREEN CLEAN ENERGY CORPORATION, a Colorado corporation,
CLEARWATER VENTURES, LLC, a Utah limited liability company,
UNITED STATES OF AMERICA RURAL UTILITIES SERVICE,
DEAN L. ROSTROM, individually,
KENDRIC B. WAIT, individually,
GEORGE SORENSON, individually,
WILCOX REVOCABLE TRUST, and
SOUTH SEA ENTERPRISES, LLC,

    Defendants.

## ANSWER

The United States of America, Rural Utilities Service ("RUS"), hereby responds to Plaintiff's Complaint (Doc. 1) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 1.

2. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 2.

3. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 3.

4. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 4.

5. Defendant RUS admits that RUS is an agency of the United States Department of Agriculture ("USDA").  Defendant further admits that USDA headquarters is located at 1400 Independence Avenue, S.W., Washington, DC  20250.

6. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 6.

7. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 7.

8. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 8.

9. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 9.

10. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 10.

11. Defendant RUS states that the allegations in Paragraph 11 are Plaintiff's characterization of the jurisdictional basis for the Complaint, to which no response is required.  To the extent a response is required, as to Defendant RUS, Defendant RUS denies the allegations in Paragraph 11.

12. Defendant RUS states that the allegations in Paragraph 12 are Plaintiff's characterization of the jurisdictional basis for the Complaint, to which no response is required.  To the extent a response is required, Defendant RUS admits the allegations in Paragraph 12.

## **GENERAL ALLEGATIONS**

13. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 13.

14. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 14.

15. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 15

16. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 16.

17. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 17, and therefore denies.

18. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 18.

19. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 19.

20. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 20.

21. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 21.

## **FIRST CLAIM FOR RELIEF**

### **(Breach of Contract Against EV)**

The allegations in the "First Claim for Relief" (Paragraphs 22-25) do not relate to Defendant RUS, and therefore no response will be provided.

## SECOND CLAIM FOR RELIEF

### (Default of Promissory Note Against ECEC)

The allegations in the "Second Claim for Relief" (Paragraphs 26-28) do not relate to Defendant RUS, and therefore no response will be provided.

## THIRD CLAIM FOR RELIEF

### (Foreclosure of Mechanic's Lien Against Clearwater, EV, RUS, and Deutsche)

29. Defendant RUS incorporates its responses to Paragraphs 1-28.

30. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 30.

31. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 31.

32. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 32.

33. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 33.

34. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 34.

35. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 35.

36. Defendant RUS admits that Plaintiff filed a lien statement that is recorded in Eagle County, Colorado, at reception number 201417905. Defendant RUS lacks sufficient information to admit or deny any remaining allegations in Paragraph 36.

37. Defendant RUS admits that Plaintiff filed an amended lien statement that is recorded in Eagle County, Colorado, at reception number 201421615. Defendant RUS lacks sufficient information to admit or deny any remaining allegations in Paragraph 37.

38. Defendant RUS admits that a "Mortgage and Security Agreement" between Eagle Valley Clean Energy, LLC and RUS was recorded on August 8, 2013, in Eagle County, Colorado, at reception number 201316239. Defendant RUS lacks sufficient information to admit or deny any remaining allegations in Paragraph 38.

39. Defendant RUS lacks sufficient information to admit or deny the allegations in Paragraph 39.

40. Defendant RUS states that the allegations in Paragraph 40 are legal conclusions, to which no response is required. To the extent a response is required, Defendant RUS denies the allegations in Paragraph 40.

41. Defendant RUS states that the allegations in Paragraph 41 are legal conclusions, to which no response is required. To the extent a response is required, Defendant RUS denies the allegations in Paragraph 41.

## FOURTH CLAIM FOR RELIEF

### (Unjust Enrichment Against Clearwater and EV)

The allegations in the "Fourth Claim for Relief" (Paragraphs 42-46) do not relate to Defendant RUS, and therefore no response will be provided.

## FIFTH CLAIM FOR RELIEF

### (Fraudulent Transfers Against EV, ECEC, Clearwater, Rostrom, Wait, Sorenson, Wilcox, and South Sea)

The allegations in the "Fifth Claim for Relief" (Paragraphs 47-62) do not relate to Defendant RUS, and therefore no response will be provided.

## SIXTH CLAIM FOR RELIEF

### (Civil Conspiracy Against EV, ECEC, Clearwater, Rostrom, Wait, Sorenson, Wilcox, and South Sea)

The allegations in the "Sixth Claim for Relief" (Paragraphs 63-67) do not relate to Defendant RUS, and therefore no response will be provided.

Any allegation contained in Plaintiff's Complaint that has not already been expressly admitted, denied, or otherwise responded to by Defendant is hereby denied.

### DEFENSES

1. Plaintiff's Complaint fails to state a claim against Defendant RUS.

2. Defendant RUS's property interest has priority over any other property interest, including, but not limited to, mechanic's liens.

3. Defendant RUS reserves the right to add defenses or affirmative defenses as warranted by discovery.

DATED this 17th day of August 2015.

JOHN F. WALSH
United States Attorney

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0171
Fax: (303) 454-0404
E-mail: marcy.cook@usdoj.gov
Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and/or agency representatives:

Stephen G. Leatham
sgl@hpl-law.com
Attorney for Plaintiff Wellons

Tracy H. Fowler
tfowler@swlaw.com
Attorney for Plaintiff Wellons

Barry N. Johnson
bjohnson@btjd.com
Counsel for Eagle Valley Clean Energy, LLC,
Evergreen Clean Energy Corp., Wait, & Rostrom

Ryan B. Braithwaite
rbraithwaite@btjd.com
Counsel for Eagle Valley Clean Energy, LLC,
Evergreen Clean Energy Corp., Wait, & Rostrom

Sarah J. Baker
SARAH J. BAKER PC
sbaker@sbakerpc.com
Counsel for Eagle Valley Clean Energy, LLC,
Evergreen Clean Energy Corp., Wait, & Rostrom

Representative for Defendant RUS

I also hereby certify that on August 17, 2015, I caused the foregoing document to be mailed to the following:

None

                                                s/ Marcy E. Cook
                                                Marcy E. Cook