**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

WELLONS, INC., an Oregon corporation,

        Plaintiff,

v.

EAGLE VALLEY CLEAN ENERGY, LLC, et al.,

        Defendants.

Civil Action No. 1:15-cv-01252-RBJ
(consolidated)

---

EAGLE VALLEY CLEAN ENERGY LLC; EVERGREEN CLEAN ENERGY CORPORATION; and CLEARWATER VENTURES, LLC;

        Counterclaimants,

v.

WELLONS, INC.,

        Counterclaim defendant.

---

EAGLE VALLEY CLEAN ENERGY, LLC; EVERGREEN CLEAN ENERGY CORPORATION; and CLEARWATER VENTURES, LLC;

        Third-party plaintiffs,

v.

WELLONS GROUP, INC. and MARTIN NYE,

        Third-party defendants.

---

GCUBE INSURANCE SERVICES, INC., a California Corporation,

        Plaintiff,                    Civil Action No.: 1:15-CV-02055

v.

WELLONS, INC., an Oregon corporation,

        Defendant.

## PLAINTIFF'S MOTION TO DISMISS DEFENDANTS SORENSON, WILCOX, AND SEA SOUTH

Plaintiff Wellons, Inc. moves the Court for an order, pursuant to FRCP 41(a), dismissing all claims against defendants George Sorenson, Wilcox Revocable Trust U/A 06/27/03, and Sea South, LLC ("lender defendants"). Plaintiff requests that the dismissals be with prejudice and without an award of costs or attorney's fees.

### I. STATEMENT OF COMPLIANCE WITH DUTY TO CONFER

Pursuant to D.C.Colo.LCIVR 7.1(a), plaintiff certifies that it has made reasonable good faith efforts to confer with all counsel regarding this motion. On November 4, 2016, counsel for plaintiff proposed by e-mail that the lender defendants stipulate to their being dismissed as parties to this case. As of the preparation of this motion, no attorney for the lender defendants has responded to this proposal. Counsel for GCube and counsel for RUS responded that their clients had no objection to the proposed dismissal.

### II. DISCUSSION

Significant discovery has taken place in this case. The discovery obtained from defendants indicates that the lender defendants were bona fide investors in the Eagle Valley project, that sums

transferred to the lender defendants were in repayment of those investments, and that the lender defendants are not insiders or related parties to any of the other defendants. In light of this discovery, plaintiff is of the belief that the lender defendants have no liability to plaintiff and should be dismissed from this action.

None of the lender defendants have asserted counterclaims against plaintiff, although they have filed answers. Accordingly, FRCP 41(a) requires that the dismissal of the lender defendants be by stipulation or by court order. Since counsel for the lender defendants has not responded to plaintiff's request for dismissals by stipulation, plaintiff asks that the Court enter an order dismissing the lender defendants, with prejudice and without costs or attorney's fees.

DATED this 10th day of November, 2016.

*s/ Stephen G. Leatham*
**Stephen G. Leatham**
HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.
211 E. McLoughlin Blvd., Suite 100
Vancouver, WA  98663
Telephone:  (360) 750-7547
FAX:  (360) 750-7548
E-mail:  sgl@hpl-law.com
Attorney for Wellons, Inc.

## CERTIFICATE OF SERVICE

I certify that on November 10, 2016, I caused the foregoing document to be served by electronic mail upon the following:

Barry N. Johnson
Ryan B. Braithwaite
BENNETT TUELLER JOHNSON
& DEERE
3165 E. Millrock Drive, Suite 500
Salt Lake City, UT 84121
Email: bjohnson@btjd.com;
rbraithwaite@btjd.com; jinouye@btjd.com

Sarah J. Baker
SARAH J. BAKER PC
PO Box 425
Edwards, CO 81632
Email: sbaker@sbakerpc.com

C. Scott Greene
Curtis J. Romig
Aiten M. McPherson
BRYAN CAVE LLP
1201 W Peachtree St NW Ste 1400
Atlanta, GA 30309
E-mail: Scott.Greene@bryancave.com;
Curtis.Romig@bryancave.com;
Aiten.McPherson@bryancave.com;

Alexis L. Kirkman
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
E-mail: Alexis.Kirkman@bryancave.com

Brad W. Breslau
Cheri L. MacArthur
COZEN O'CONNOR
707 17th Street, Suite 3100
Denver, CO 80202
Email: bbreslau@cozen.com;
cmacarthur@cozen.com;
rrardin@cozen.com

Michael O. Frazier
Joel A. Richardson
Phillip M. Khalife
CAMPBELL, LATIOLAIS &
AVERBACH, LLC
825 Logan Street
Denver, CO 80203
Email: mfrazier@cla-law.net;
jrichardson@cla-law.net; pkhalife@cla-law.net;
rwagner@cla-law.net

Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
E-mail: marcy.cook@usdoj.gov

                                        *s/ Stephen G. Leatham*
                                        Stephen G. Leatham