IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   15-cv-01252-RBJ | Date: April 5, 2017 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties (listed only once even if under more than one category)* | *Counsel (listed only once even if representing more than one party)* |
|---|---|
| WELLONS INC | *Stephen G. Leatham* |
| | *Joel A. Richardson* |
| **Plaintiff** | |
| v. | |
| EAGLE VALLEY CLEAN ENERGY LLC | *Sarah J. Baker* |
| EVERGREEN CLEAN ENERGY CORPORATION | *C. Scott Greene* |
| CLEARWATER VENTURES LLC | |
| UNITED STATES OF AMERICA RURAL UTILITIES SERVICE | |
| DEAN L. ROSTROM | |
| KENDRIC B. WAIT | |
| WESTERN RESOURCES LLC | |
| COLORADO FORESTRY FUNDING LLC | |
| WEST RANGE FOREST PRODUCTS LLC | |
| **Defendants** | |
| GCUBE INSURANCE SERVICES INC | *Brad W. Breslau* |
| **Counter Claimant** | |
| MARTIN NYE | |
| **Third-Party Defendant** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY HEARING**

Court in Session:  9:01 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery dispute.

**ORDERED:  Electronic Quick Books are to be turned over to the plaintiff's expert, Mr. Kotzin, under protective order.**

Discussion held on pending motions.

**ORDERED:  No response or reply briefs are to be filed.  Dates given for Daubert Hearings, parties are to confer and inform chambers which date or dates work for the parties and their experts.**

Court in Recess:  9:17 a.m.          Hearing concluded.          Total time in Court:  00:16